# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150883-4 & (111)

WEATHERSEAL HOME IMPROVEMENTS, INC,
      Plaintiff-Appellee,

v

RICHARD J. SABLE,
      Defendant-Appellant,
and

GRECO TITLE AGENCY, L.L.C., DEAN B.
WATSON, DOW CHEMICAL EMPLOYEES
CREDIT UNION, DIANA M. SABLE, ANDY
SAKMAR, and SAKMAR & ASSOCIATES, INC.,
      Defendants.
_____/

SC: 150883-4
COA: 313078, 314079
Oakland CC: 2011-119024-CZ

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2015

